# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ROSKY, | Case No. 3:19-cv-00130-HDM-CBC |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Petitioner having filed a motion for enlargement of time (first request) (ECF No. 10), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for enlargement of time (first request) (ECF No. 10) is **GRANTED**. Petitioner will have up to and including October 4, 2019, to comply with all the requirements of the court's order of June 25, 2019 (ECF No. 3). Failure to comply will result in the dismissal of this action.

DATED: August 20, 2019.

HOWARD D. MCKIBBEN
United States District Judge